■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED WAGNER, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed April 14, 1977, upon his conviction of assault in the third degree and endangering the welfare of a minor, upon his plea of guilty, the sentence being a one-year term of imprisonment on the endangering the welfare of a minor conviction and a three-year period of probation on the assault conviction. Sentence modified, on the law, by deleting therefrom the imposition of the sentence of probation. As so modified, sentence affirmed (see Penal Law, § 65.00, subd 1, par [b]). Margett, J. P., Damiani, Rabin and Shapiro, JJ., concur.

# THIRD DEPARTMENT, JULY, 1977

## (July 1, 1977)

■ In the Matter of ADRIAN R. McDONALD, an Attorney, Respondent.— Respondent, who was admitted to practice by the Appellate Division, Fourth Department, on June 23, 1965, was convicted of the crime of larceny in the second degree in the St. Lawrence County Court and a certificate of that conviction has been filed pursuant to section 486-a of the Judiciary Law. Having been convicted of a felony, respondent is no longer competent to practice law. Respondent's name stricken from roll of attorneys and counselors at law of the State of New York pursuant to subdivision 4 of section 90 of the Judiciary Law. Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur.

## (July 7, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FLOYD JOHNSON, Appellant.—Appeal from an order of the Albany County Court, entered October 7, 1976, which denied, without a hearing, defendant's motion to withdraw his pleas of guilty to a two-count indictment charging criminal possession of a dangerous drug in the first degree and possession of a drug and paraphernalia in the second degree. Appeal dismissed *sua sponte* due to the death of the defendant (see *People v Cutrone,* 40 NY2d 988; *People v Mintz,* 20 NY2d 753). Koreman, P. J., Greenblott, Kane, Larkin and Herlihy, JJ., concur.